```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 02404
  TOM NICHOLS
  GAIL M NICHOLS                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-5266     SSN XXX-XX-7429
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/23/06 and confirmed on 10/03/06.

   2.  The case was dismissed after confirmation, 09/14/2007.

   3.  The Debtor paid a total of $  1680.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NPS | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | 2000.00 | 164.25 | 453.83 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY LOMBARDI DDS | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2676.15 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCIAL COLLECTION CO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| B LINE LLC | UNSECURED | 1720.36 | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ENQUIRER | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 574.76 | .00 | .00 |

```
PREMIER BANKCARD/CHARTER UNSECURED      455.36              .00          .00
FIRST USA                UNSECURED   NOT FILED              .00          .00
FRANK R MONTGOMERY       UNSECURED   NOT FILED              .00          .00
GEMB                     UNSECURED   NOT FILED              .00          .00
HOME SHOPPING NETWORK    UNSECURED   NOT FILED              .00          .00
HSBC                     UNSECURED   NOT FILED              .00          .00
JEG ATIBERIA INC         UNSECURED   NOT FILED              .00          .00
LVNV FUNDING             UNSECURED   NOT FILED              .00          .00
MIDLAND CREDIT MGMT      UNSECURED   NOT FILED              .00          .00
NATIONAL CREDIT AUDIT CO UNSECURED   NOT FILED              .00          .00
NEW HORIZON CREDIT INC   UNSECURED   NOT FILED              .00          .00
NICOR GAS                UNSECURED   NOT FILED              .00          .00
NLSB BANK                UNSECURED   NOT FILED              .00          .00
NLSB BANK                UNSECURED   NOT FILED              .00          .00
NORTH SHORE AGENCY       UNSECURED   NOT FILED              .00          .00
PENN CREDIT CORP         UNSECURED   NOT FILED              .00          .00
PROFESSIONAL CREDIT SERV UNSECURED   NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA UNSECURED   NOT FILED              .00          .00
PROVIDIAN NATIONAL BANK  UNSECURED   NOT FILED              .00          .00
PROVIDIAN NATIONAL BANK  UNSECURED   NOT FILED              .00          .00
RATHBUN CSERVENYAK & KOZ UNSECURED   NOT FILED              .00          .00
RESURGENCE FINANCIAL     UNSECURED     1875.20              .00          .00
CBUSA                    UNSECURED   NOT FILED              .00          .00
SAMS CLUB                UNSECURED   NOT FILED              .00          .00
ROUNDUP FUNDING LLC      UNSECURED      841.19              .00          .00
ROUNDUP FUNDING LLC      UNSECURED     4333.36              .00          .00
STAR MAGAZINE            UNSECURED   NOT FILED              .00          .00
TCF BANK                 UNSECURED   NOT FILED              .00          .00
TCF BANK                 UNSECURED   NOT FILED              .00          .00
CREDIT BUREAU ENTERPRISE UNSECURED   NOT FILED              .00          .00
TIME LIFE                UNSECURED   NOT FILED              .00          .00
UNIVERSITY OF ILLINOIS M UNSECURED   NOT FILED              .00          .00
B LINE LLC               UNSECURED      974.66              .00          .00
PREMIER BANKCARD/CHARTER UNSECURED      445.59              .00          .00
```

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED    2000.00           .00    13896.63          .00      15896.63
PRINCIPAL PAID         453.83           .00         .00          .00        453.83
INTEREST PAID          164.25           .00         .00          .00        164.25
TOTAL PAID             618.08           .00         .00          .00        618.08
```

The Debtor's attorney, PATRICK A MESZAROS         , was allowed $   3000.00
and was paid $    700.00  direct and $    982.96  through the plan.

The Trustee received $      78.96 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/18/07                     /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                        PAGE  3
CASE NO. 06 B 02404 TOM NICHOLS & GAIL M NICHOLS
```